NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK,**
*Petitioner*

---

2025-149

---

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in No. 1:22-cv-01359-CJB, Magistrate Judge Christopher J. Burke.

---

**ON PETITION**

---

Before LOURIE, PROST, and CHEN, *Circuit Judges.*

PER CURIAM.

## O R D E R

Upon consideration of petitioner's response indicating that the district court's dismissal of the underlying action renders its petition for a writ of mandamus moot,

2 IN RE RESEARCH FDN. FOR THE STATE UNIVERSITY OF NEW YORK

IT IS ORDERED THAT:

The petition is dismissed.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 25, 2025
Date